UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12cr311-RJC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | FINAL ORDER AND JUDGMENT |
| v. ) | CONFIRMING FORFEITURE |
| ) | |
| (1) FRANKIE DELLINGER, ) | |
| ) | |
| Defendant. ) | |

On February 25, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32(d)(2), based upon the Defendant's plea of guilty to Counts One, Six, Seven and Eight in the Bill of Indictment and evidence already on record. (Doc. No. 58).

On March 4, 2014 through April 2, 2014, the United States published via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from March 4, 2014 for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the record in this case, including the defendant's plea of guilty, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore **ORDERED**:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as

1

final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

- **One Ruger .38 revolver, serial number 540-53272 and ammunition;**
- **One Savage 30-6- rifle, serial number E949963 and ammunition;**
- **One Savage 410 shotgun model 940 and ammunition;**
- **One Ruger .380 pistol, serial number 378-01-000 and ammunition;**
- **One Stevens .22 caliber rifle and ammunition;**
- **One Winchester 370 16 gauge shotgun, serial number C312001 and ammunition;**
- **One Steven 20 gauge shotgun, serial number 860238 and ammunition;**
- **One ROHM .22 caliber revolver, serial number 45497 and ammunition;**
- **One Stroeger 12 gauge shotgun, serial number 619811-09 and ammunition; and**
- **One Ruger black revolver, serial number 540-54263 and ammunition.**

Signed: December 16, 2014

Robert J. Conrad, Jr.
United States District Judge